IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA SLAUGHTER RICHEY, in her individual capacity and in her capacity as Executrix of the Estate of George Richey, deceased,<br><br>　　　　　Plaintiff,<br>v.<br><br>SHOWTIME NETWORKS INC., a Delaware corporation,<br><br>　　　　　Defendant. | No. 1:24-cv-00134-SB |

## NOTICE OF FIRM NAME CHANGE

Counsel for Plaintiff Sheila Slaughter Richey, in her individual capacity and in her capacity as Executrix of the Estate of George Richey, deceased, hereby serve notice that the name of their law firm has been changed from Hemmer Wessels McMurtry PLLC to Finney Law Firm, LLC. Counsels' new email addresses are:

　　　　　todd@finneylawfirm.com
　　　　　will@finneylawfirm.com

All other contact information shall remain the same.

1

Respectfully submitted,

OF COUNSEL:

| | |
|---|---|
| Todd V. McMurtry (admitted *pro hac vice*) <br> J. Will Huber (admitted *pro hac vice*) <br> FINNEY LAW FIRM, LLC <br> 250 Grandview Dr., Ste. 500 <br> Ft. Mitchell, KY 41017 <br> Phone: (859) 344-1188 <br> todd@finneylawfirm.com <br> will@finneylawfirm.com | */s/ Sean J. Bellew* <br> Sean J. Bellew (No. 4072) <br> BELLEW LLC <br> 2961 Centerville Rd., Ste. 302 <br> Wilmington, DE 19808 <br> Phone: (302) 353-4951 <br> sjbellew@bellewllc.com <br><br> *Attorneys for Plaintiff,* <br> *Sheila Slaughter Richey* |

Dated:  January 29, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA SLAUGHTER RICHEY, in her individual capacity and in her capacity as Executrix of the Estate of George Richey, deceased,<br><br>  Plaintiff,<br><br>v.<br><br>SHOWTIME NETWORKS INC., a Delaware corporation,<br><br>  Defendant. | No. 1:24-cv-00134-SB |

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, hereby certify that on January 29, 2026, a copy of Plaintiff Sheila Slaughter Richey's Notice of Firm Name Change was served via email upon the following:

| | |
|---|---|
| Elena C. Norman<br>Robert M. Vrana<br>Daniel M. Kirshenbaum<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Phone: (302) 571-6600<br>enorman@ycst.com<br>rvrana@ycst.com<br>dkirshenbaum@ycst.com | Elizabeth A. McNamara<br>Adam I. Rich<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Phone: (212) 489-8230<br>lizmcnamara@dwt.com<br>adamrich@dwt.com<br><br>*Attorneys for Defendant,*<br>*Showtime Networks Inc.* |

  /s/ Sean J. Bellew
  Sean J. Bellew (No. 4072)

3