IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHEILA SLAUGHTER RICHEY, in her
individual capacity and in her capacity
as Executrix of the Estate of George
Richey, deceased,

          *Plaintiff,*

        v.

SHOWTIME NETWORKS INC.,

          *Defendant.*

No. 1:24-cv-00134-SB

## ORDER

1. I **GRANT** Defendant's motion to dismiss Plaintiff's complaint with prejudice. I **DENY** Defendant's request for attorney's fees without prejudice.

2. I **DENY** Defendant's request for oral argument and Plaintiff's motion for a status conference as moot. D.I. 42, 44.

Dated: March 30, 2026.

_____
UNITED STATES CIRCUIT JUDGE